ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1097 (RHK/RLE)

DANIEL WESLEY ALLEN, )
)
Petitioner, )
)
v. ) ORDER
)
CONSTANCE REESE, warden, )
)
Respondent. )

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that the Respondent shall be granted until August 14, 2001, to prepare and submit their response.

Dated: JUL 25 2001

Raymond L Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______