UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Daniel Wesley Allen,

Petitioner,

vs. ORDER

Constance C. Reese, sued as Constance Reese, Warden, Federal Medical Center, Rochester, Minnesota,

Respondent. Civ. No. 01-1097 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of August, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on August 14, 2001, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

1. That the Petitioner shall have until **September 13, 2001,** in which to respond, should he so choose, to the Respondent's

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

2. That the Petitioner's Motion for Leave to Traverse the Respondent's Show Cause Answer [Docket No. 6] is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE