**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Daniel Wesley Allen,

Petitioner, Civil No. 01-1097 (RHK/RLE)

vs.

**ORDER**

Constance Reese, Warden,

Respondent.

---

Petitioner's Motion for Extension of Time to Respond to Magistrate's Report and Recommendation is **GRANTED**; said Response shall be served and filed by March 15, 2002.

Dated: February 21, 2002

RICHARD H. KYLE
United States District Judge

FEB 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK